Elsie RUSSELL

v.

Robert KALIAN et al.

No. 79–220–A.

Supreme Court of Rhode Island.

Nov. 1, 1979.

William Rutzick, Rhode Island Legal Services, Inc., Providence, for plaintiff.

Aram K. Berberian, Cranston, for defendants.

ORDER

The defendants' motion to strike is denied.

DORIS, J., did not participate.

Jose GOULART et al.

v.

TOWN OF BRISTOL et al.

No. 79–126–A.

Supreme Court of Rhode Island.

Nov. 13, 1979.

Louis B. Abilheira, Warren, for plaintiffs.

Tillinghast, Collins & Graham, William R. Grimm, Normand G. Benoit, Providence, for defendants.

ORDER

This case comes before us on a motion to affirm a judgment of dismissal in the Superior Court on the ground that the action was not filed within the time limited by statute. After hearing argument of counsel on November 8, 1979, we conclude that the plaintiff has failed to show cause why the judgment of the Superior Court should not be affirmed. Therefore, the appeal is denied and dismissed, the judgment of the Superior Court is affirmed, and the case is remitted to the Superior Court.